RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730
(732) 264-4400

| | |
|---|---|
| PLAINTIFF | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | CR19-804-11(AET) |
| VS. | |
| ANTHONY PRUITT | CONSENT ORDER |

This matter having been opened to the Court by the defendant, Anthony Pruitt, by his attorney, Michael J. Pappa with the consent of Assistant U.S. Attorney Martha Nye, and Pretrial Services Officer Acheme Amali, and for good cause shown;

IT IS ON this 4TH day of DECEMBER, 2020;

ORDERED that the conditions of pretrial release for defendant, Anthony Pruitt, be amended from home incarceration to home detention in light of his continuing compliance with release conditions.

s/DOUGLAS E. ARPERT
**HONORABLE DOUGLAS E. ARPERT**

I hereby consent to the form
of the within Consent Order.

_____        DATED: December 4, 2020
**MARTHA NYE,**
**ASSISTANT U.S. ATTORNEY**