RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730
(732) 264-4400

| | |
|---|---|
| PLAINTIFF | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | ~~MAG. NO. 19-1565 (DEA)~~ 19-804 (AET) |
| VS. | CONSENT ORDER |
| ANTHONY PRUITT | |

This matter having been opened to the Court by the defendant, Anthony Pruitt, by his attorney Michael J. Pappa with the consent of Assistant U.S. Attorney Martha Nye, and U.S. Pretrial Services Officer Acheme Amali, and for good cause shown;

IT IS ON this 15th day of June, 2021;

ORDERED that defendant's bail release conditions be modified to a step down from home detention to curfew with hours as set and approved by Pretrial Services. All other pretrial release conditions shall remain in effect.

_____
HONORABLE DOUGLAS E. ARPERT

I hereby consent to the form
of the within Consent Order.

_____
MARTHA NYE,
ASSISTANT U.S. ATTORNEY

DATED: 6/14/2021

_____
ACHEME AMALI,
PRETRIAL SERVICES

DATED: 6/15/2021