RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.
25 VILLAGE COURT
HAZLET, NEW JERSEY  07730
(732) 264-4400

| | | |
|---|---|---|
| PLAINTIFF | : | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : | ~~XXX. XOX19-X5X5 XDXA)~~ |
| VS. | : | CR19-804-11(ZNQ) ORDER |
| ANTHONY PRUITT | : | |

This matter having come before the Court upon the request of Anthony Pruitt, defendant, through his attorney, Michael J. Pappa, Esq., for an order modifying the conditions of pretrial release and both United States Pretrial Services, Acheme Amali, and Assistant United States Attorney, Martha K. Nye, having provided no objection to the request, and for good cause shown;

IT IS on this  1st  day of  March , 2022;

ORDERED that electronic monitoring be removed as a condition of release.

IT IS FURTHER ORDERED that all other conditions of pretrial release shall remain in full force and effect.

*[signature]*
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE