RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730
(732) 264-4400

| | |
|---|---|
| PLAINTIFF<br><br>UNITED STATES OF AMERICA<br><br>VS.<br><br>ANTHONY PRUITT | UNITED STATES<br>DISTRICT COURT<br>FOR THE DISTRICT OF<br>NEW JERSEY<br>~~MAG. NO. 19-1565 (DEA)~~<br>ORDER CR 19-804 (ZNQ) |

This matter having come before the Court upon the request of Anthony Pruitt, defendant, through his attorney, Michael J. Pappa, Esq., for an order modifying the conditions of pretrial release and both United States Pretrial Services, Acheme Amali, and Assistant United States Attorney, Martha K. Nye, having provided no objection to the request, and for good cause shown;

IT IS on this 23rd day of June, 2022;

ORDERED that defendant be permitted to travel by car to Florida for a family vacation with his mother, Darlene Baker, children, and children's mother from July 9 to July 16, 2022. The family will be staying at the Hilton Grand Vacation Club in Orlando, Florida.

IT IS FURTHER ORDERED that all other conditions of pretrial release shall remain in full force and effect. and Defendant must report to Pretrial Services Office in Camden on July 18, 2022 (9:00 - 3:00pm) for drug testing.

HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE